FILED

2023 Jan-09  AM 11:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | )   Case No:  7:21-cr-137-LSC-SGC-002 |
| | ) |
| JOHNNY VAZQUEZ-OSORIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM OF OPINION AND ORDER

### I.     Introduction.

At his guilty plea proceeding, Defendant, Johnny Vazquez-Osorio ("Defendant"), filed an oral Motion for Bond Pending Sentencing. The motion is denied.

### II.     Background.

Pursuant to his Plea Agreement (Doc. 53), Defendant admitted to the possession with intent to distribute as well as conspiracy to possess with intent to distribute large quantities (multi-kilo) of cocaine. Other than the plea agreement itself, Defendant offered no evidence for this Court to consider in determining his eligibility for bond. The facts will not be repeated at this point but are included by reference to the Plea Agreement.

III.    Discussion.

Once a defendant is convicted in federal court, the burden shifts to him to prove "by clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community if released...."  18 U.S.C.A. § 3143.   In short, Defendant has not done this.

Defendant pled guilty in this court to the possession with intent to distribute as well as conspiracy to possess with intent to distribute large quantities (multi-kilo) of cocaine.   His plan involved the importation of more than 100 kilos of cocaine and the return of both large amounts of currency and firearms.

For this court to grant him a bond pending his sentencing, it would have to be convinced by clear and convincing evidence that he is not a danger to the safety of any other person or the community if released and not likely to flee. Defendant has not demonstrated either. The Defendant is facing a very significant period of time of incarceration. Clearly Defendant is likely to flee if given the chance. Further, he is clearly a danger to others as well as his community due to his likelihood of selling illegal drugs if allowed to remain on bond.

IV.    Conclusion.

For the reasons stated in this opinion, Defendant's Motion is Denied.

Done this 9th day of January 2023.

**DONE** and **ORDERED** on January 9, 2023.

L. Scott Coogler
United States District Judge

202713